Before The Second Division, April 10, 1943

**No. 48191.**—Protest 999403–G of Accurate Millinery Co. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protest was sustained.

**No. 48192.**—Protests 843704–G (B), etc., of Davis & Geck, Inc., et al. (New York).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, April 14, 1943

**No. 48193.**—Protest 88282–K of Louis Wolf & Co., Inc. (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel that the velvet glove monkeys in question are similar to those the subject of Abstract 46499 the claim under paragraph 909 was sustained.

Before the Second Division, April 14, 1943

**No. 48194.**—Protests 999418–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Tilson, J.   Following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and Abstract 46498 the protests were sustained as to the hats of straw or hemp in question in accordance with stipulation of counsel.

**No. 48195.**—Protests 992791–G, etc., of Goldboro Hat Co. et al. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained as to certain of the items.